# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No:   23-05162 |
|   Johnnail Evans | ) | |
|     Debtor, | ) | Chapter:   Chapter 13 |
| | ) | |
| | ) | Judge:   David D. Cleary |

---

| | | |
|---|---|---|
| Johnnail Evans | ) | |
| | ) | |
|     Plaintiff | ) | Adv. No:   24 A |
| | ) | |
| Vs | ) | |
| | ) | Judge:   David D. Cleary |
| Marilyn Marshall | ) | |
| | ) | |
|     Defendant, | ) | |

## ADVERSARY COMPLAINT FOR TURNOVER OF FUNDS

NOW COMES the Plaintiff, JOHNNAIL EVANS, by and through his attorneys, Geraci Law, LLC, and complains of the Defendant, MARILYN MARSHALL, and states as follows:

1. The Plaintiff, Johnnail Evans, is an individual residing at 717 Enterprise Rd, Chicago Heights, IL, 60411.

2. Marilyn Marshall is the standing Chapter 13 Trustee in the same case.

3. Johnnail Evans filed for relief under Chapter 13 of the United States Bankruptcy Code on 04/19/2023 in the Northern District of Illinois as Case Number 23-05162.

4. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 and this is a "core proceeding" under 28 U.S.C. 157.

5. On 3/11/2024 Lakeview Loan Servicing filed a motion for relief from the automatic stay in the pending Chapter 13 bankruptcy regarding post-petition mortgage arrears totaling $12,043.76.

6. On 3/14/2024 the Plaintiff tendered $10,794.76 to his attorney's office to attempt to cure the pending default.

7. The Plaintiff inadvertently made those funds payable to Marilyn O. Marshall instead of Lakeview Loan Servicing. See attached Exhibit A.

8. An inexperienced paralegal with the Plaintiff's attorney's office then compounded this error by mailing the funds in an envelope addressed to Trustee Marilyn Marshall on 3/20/2024.

9. Counsel for the Plaintiff emailed both the attorneys for Lakeview and Marilyn Marshall upon being advised of this error.

10. Trustee Marilyn Marshall received the funds on 3/26/2024 and has not yet disbursed them.

11. Upon information and belief Trustee Marilyn Marshall only disburses funds pursuant to the confirmed plan or an order from this Court.

12. The Debtor's intent was to use those funds to pay Lakeview Loan Servicing. To date Trustee Marilyn Marshall's counsel has not expressed a clear opposition to returning the funds so that the Debtor may pay his mortgage directly, only that an order from this Court is necessary to avoid the Trustee disbursing the funds under the terms of the confirmed plan.

WHEREFORE, Johnnail Evans prays that this Honorable Court enter a judgment against Marilyn Marshall that she tender $10,794.76 either to Johnnail Evans or to Lakeview Loan Servicing directly and for such other relief as this Court seems just.

*<u>Dale Allen Riley</u>*
Dale Allen Riley

Attorneys for the Plaintiff
Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960